AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

LAZARO MARTIN SANCHEZ,

*Plaintiff(s)*

v.

G & D TOP DESIGN INC and GIORGE HERNANDEZ,

*Defendant(s)*

Civil Action No. 26-CV-28230 MOORE

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* GIORGE HERNANDEZ
5959 W 12TH LN
HIALEAH, FL 33012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: R. Martin Saenz, Esq.
THE SAENZ LAW FIRM, P.A.
20900 NE 30th Ave., Ste. 200-23
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: Nov 18, 2026

Angela E. Noble
Clerk of Court

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

LAZARO MARTIN SANCHEZ,

*Plaintiff(s)*

v.

G & D TOP DESIGN INC and GIORGE HERNANDEZ,

*Defendant(s)*

Civil Action No. 26-CV-28230 MOORE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* G & D TOP DESIGN INC
c/o HERNANDEZ, GIORGE
5959 W 12TH LN
HIALEAH, FL 33012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: R. Martin Saenz, Esq.
THE SAENZ LAW FIRM, P.A.
20900 NE 30th Ave., Ste. 200-23
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Date: Nov 18, 2026

Angela E. Noble
Clerk of Court

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts